1060

THE STATE OF WASHINGTON, *Respondent*, v. HOWARD HARDRICK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-13040-3, Richard A. Jones, J., entered April 5, 2006. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. JANICE HAMILTON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-01769-9, James H. Allendoerfer, J., entered April 13, 2006. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. MICHELLE MARTELL, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-1-01905-3, Charles R. Snyder, J., entered April 14, 2006. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. KURT ROLFE GILSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-05521-5, Nicole MacInnes, J., entered May 30, 2006. *Affirmed* by unpublished per curiam opinion.